IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER REYNOLDS,<br><br>  Plaintiff,<br><br>vs.<br><br>H.A. RIOS JR., et al.,<br><br>  Defendants.<br>_____/ | 1:10-cv-00051-OWW-GBC (PC)<br><br>ORDER GRANTING DEFENDANT'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 15)<br><br>RESPONSE DUE SEPTEMBER 8, 2011 |

Plaintiff is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 2, 2011, Defendant Rios filed an Ex Parte Request to Extend Defendant's Time to Respond to Complaint.  Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

Defendant Rios is granted an extension until September 8, 2011 in which to respond to the Complaint.

IT IS SO ORDERED.

Dated:   June 6, 2011

_____
UNITED STATES MAGISTRATE JUDGE