UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER REYNOLDS,<br><br>    Plaintiff,<br><br>    v.<br><br>H. A. RIOS, JR.,<br><br>    Defendant.<br>                                   / | CASE NO. 1:10-cv-00051-AWI-GBC (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL<br><br>ORDER DIRECTING CLERK OF COURT TO FILE DOCUMENTS UNDER SEAL |

On September 2, 2011, Defendant filed a notice of request to seal documents. (ECF No. 19.) Defendant requests that the publications which were withheld from Plaintiff be filed under seal until a determination regarding the applicability of the Program Statement is made.

The Court does not seal case documents or exhibits from public view without good cause. Being that the applicability of the Program Statement to these materials is the basis of the claim in this action, the Court finds that these publications should be filed under seal until a determination is made. It is the practice of this Court to maintain case documents under seal for an undetermined time period, until they are ordered unsealed by the Court. Accordingly, the Court shall grant Defendant's request for an order to file documents under seal. The Clerk of Court shall be directed to file under seal the documents submitted by Defendant until they are ordered unsealed by the Court.

Based on the foregoing, IT IS HEREBY ORDERED THAT:

1. Defendant's Notice of Request filed September 2, 2011 is GRANTED; and

1

2. The Clerk of Court is DIRECTED to file under seal the publications included with this notice, until they are ordered unsealed by the Court.

IT IS SO ORDERED.

Dated: September 8, 2011

_____
UNITED STATES MAGISTRATE JUDGE